1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                 IN THE UNITED STATES DISTRICT COURT FOR THE
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,       )    1:06-mj-00123 LJO
10                                  )
              Plaintiff,            )
11                                  )    STIPULATION TO CONTINUE STATUS
        v.                          )    CONFERENCE
12                                  )
   KERI D. BARR,                    )
13                                  )
              Defendant.            )
14                                  )
                                    )
15 ─────────────────────────────────

16     IT IS HEREBY STIPULATED by and between the parties hereto through

17 their respective counsel, STANLEY A. BOONE, Assistant United States

18 Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant,

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28
                                      1

that the status conference currently scheduled for June 9, 2006 at 10:30 a.m. shall be continued until **July 7, 2006 at 10:30 a.m.**

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: May 25, 2006                 By    /S/Stanley A. Boone
                                                    STANLEY A. BOONE
                                                    Assistant U. S. Attorney

Dated: May 25, 2006                         /s/Carrie S. Leonetti
                                                    CARRIE S. LEONETTI
                                                    Attorney for Defendant

     IT IS SO ORDERED.

     **Dated:   May 30, 2006**                    **/s/ Dennis L. Beck**
3b142a                                               UNITED STATES MAGISTRATE JUDGE