DANIEL J. BRODERICK, Bar #89424
Federal Defender
STEPHEN J. BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KERI D. BARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-MJ-00123 |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | DATE: November 15, 2006 |
| KERI D. BARR, | TIME : 10:00 a.m. |
| | DEPT : Hon. Sandra M. Snyder |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, scheduled for November 8, 2006, may be continued to **November 15, 2006 at 10:00 a.m.**

The reason for this continuance is because counsel for defendant will be out of the office.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3  DATED: November 2, 2006                MCGREGOR W. SCOTT
                                          United States Attorney
4

5                                          /s/ Stanley A. Boone
                                          STANLEY A. BOONE
6                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff
7

8

9  DATED: November 2, 2006                DANIEL J. BRODERICK
                                          Federal Defender
10

11                                         /s/ Stephen Betz
                                          STEPHEN BETZ
12                                        Staff Attorney
                                          Attorney for Defendant
13

14

15                              **O R D E R**

16     Time is excluded in the interests of justice pursuant to 18 U.S.C.

17  § 3161(h)(B)(iv).

18

19  IT IS SO ORDERED.

20  **Dated:   November 6, 2006**              /s/ Sandra M. Snyder
    icido3                                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2