1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KERI D. BARR

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 1:06-MJ-00123
                                     )
12            *Plaintiff,*           )   STIPULATION VACATING TRIAL DATE
                                     )   AND RESETTING FOR CHANGE OF PLEA
13       v.                          )   AND ORDER THEREON
                                     )
14 KERI D. BARR,                     )   DATE: February 22, 2007
                                     )   TIME : 10:00 a.m.
15            *Defendant.*           )   DEPT : Hon. Sandra M. Snyder
                                     )
16 _____   )

17

18       IT IS HEREBY STIPULATED by and between the parties hereto that the trial date presently

19 scheduled for March 1, 2007, may be vacated, and a change of plea hearing be scheduled for February 22,

20 2007, at 10:00 a.m.

21       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22 justice, including, but not limited to, the need for the period of time set forth herein in the interest of

23 justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)B)(i) and

24 (iv).

25 ///

26 ///

27 ///

28 ///

| | | |
|---|---|---|
| 1 | DATED: February 15, 2007 | MCGREGOR W. SCOTT<br>United States Attorney |
| | | |
| | | /s/ Mark J. McKeon<br>MARK J. McKEON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | |
| 7 | DATED: February 15, 2007 | DANIEL J. BRODERICK<br>Federal Defender |
| | | |
| | | /s/ Stephen Betz<br>STEPHEN BETZ<br>Staff Attorney<br>Attorney for Defendant |

**ORDER**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   February 22, 2007**            /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

Barr - Stipulation and Proposed Order                    2