| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | STEPHEN BETZ, Bar #234510 |
| | Staff Attorney |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
KERI BARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-mj-0123 |
| *Plaintiff,* | MOTION TO EXTEND SURRENDER DATE; ORDER |
| v. | |
| KERI BARR, | |
| *Defendant.* | Judge: Hon. Dennis L. Beck |

On or about February 22, 2007, Defendant, Keri Barr, via a written plea agreement, entered a plea of guilty to 36 C.F.R. §4.2/ CVC § 23103/23103.5.  The Honorable Sandra M. Snyder pronounced sentence on the same date.  Ms. Bar was sentenced to five days in custody, two years of unsupervised probation, and pay at $10 penalty assessment.  The court authorized Ms. Barr to serve her jail time on weekends and recommended her surrender date commence April 20, 2007, at the Lerdo Facility in Kern County.

On or about April 13, 2007, Ms. Barr has since contacted counsel and informed counsel that her car has suffered mechanical difficulties and she does not have any reliable transportation to the facility. With her current financial situation she estimates it will take her two to three weeks to have her car

1 | repaired.  As such, Ms. Barr is requesting an extension on her surrender.  Specifically, she is requesting
2 | that her surrender date be changed from April 20, 2007 to May 4, 2007.

Dated:  April 13, 2007

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/  Stephen Betz
                                STEPHEN BETZ
                                Staff Attorney
                                Attorney for Defendant
                                Keri Barr

DECLARATION OF COUNSEL

1. I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.

2. I became attorney of record for Keri Barr, defendant in the above entitled matter, on or about July 20, 2006.

3. On or about February 22, 2007, I appeared in the Eastern District of California in Fresno with Ms. Barr where she entered a plea of guilty to 36 C.F.R. §4.2/CVC §23103/23103.5.

4. On or about February 23, 2007, Ms. Barr was sentenced to serve five days in jail. In addition, the Court authorized and recommended that Ms. Barr to serve her five days in custody on weekends commencing April 20, 2007.

5. On or about April 13, 2007, I received a telephone call from Keri Barr.

6. During this telephone conversation Ms. Barr indicated to me that she recently had car problems specifically the steering column on her car was not working properly. Ms. Barr further indicated she did not believe she has reliable transportation to Kern County.

7. On or about April 13, 2007, I spoke with Marjorie Webb, certified law student at the United States Attorney's Office who prosecuted Ms. Barr's case.

8. Ms. Webb stated she had no objection to an extension of the surrender date under the circumstances.

Signed under penalty of perjury this 13th day of April 2007, at Fresno, California.

/s/ Stephen Betz  
STEPHEN BETZ  
STAFF ATTORNEY

**O R D E R**

   **IT IS SO ORDERED**.  The Court hereby orders that the surrender date, previously set for Keri Barr, of April 20, 2007 be vacated.  Ms. Barr is hereby ordered to surrender to the United States Marshals Service in Fresno, California or at a facility designated by the Bureau of Prisons and/or the United States Marshal's Service on May 4, 2007.  If a facility is not designated Ms. Barr is to surrender herself to the United States Marshals Office, Fresno, California by 4 p.m. All other orders and recommendations regarding Ms. Barr's sentence remain in full force and effect.

   IT IS SO ORDERED.

   **Dated:   April 19, 2007**          /s/ **Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE