DANIEL J. BRODERICK, #89424
Federal Defender
STEPHEN BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KERI BARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　*Plaintiff,*　　　)<br>　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>KERI BARR,　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　　　　*Defendant.*　　)<br>_____) | NO. 1:06-mj-0123<br><br> MOTION TO EXTEND SURRENDER DATE;<br>SET REVIEW HEARING; AND<br>DECLARATION OF STEPHEN BETZ IN<br>SUPPORT THEREOF; **ORDER**<br><br>Date:　June 7, 2007<br>Time:　10:00 a.m.<br>Judge: Hon. Sandra M. Snyder |

　　　　On or about February 22, 2007, Defendant, Keri Barr, via a written plea agreement, entered a plea of guilty to 36 C.F.R. §4.2/ CVC § 23103/23103.5.  The Honorable Sandra M. Snyder pronounced sentence on the same date.  Ms. Bar was sentenced to five days in custody, two years of unsupervised probation, and pay at $10 penalty assessment.  The court authorized Ms. Barr to serve her jail time on weekends and recommended her surrender date commence April 20, 2007, at the Lerdo Facility in Kern County.

　　　　On or about April 13, 2007, Ms. Barr has since contacted counsel and informed counsel that her car has suffered mechanical difficulties and she does not have any reliable transportation to the facility.  With her current financial situation she estimates it will take her two to three weeks to have her car repaired.  As such, Ms. Barr is requesting an extension on her surrender.

1  The court granted this request and extended Ms. Barr's surrender date to May 4, 2007. On May 4, 2007, Ms. Barr attempted to surrender, but had transportation problems and could not surrender. Ms. Barr surrendered on the next weekend, which was May 11, 2007, and was released on May 13, 2007.

On May 14, 2007, Ms. Barr contacted me to concerning issues that arose during her incarceration at the Kern County Jail (Lerdo Facility). As a result of this phone call, Ms. Barr was interviewed by Assistant Federal Defender Investigator, Martha Espinosa, concerning possible misconduct at the jail. Ms. Espinosa is still working on her report and it is the position of the Federal Defender to take this matter up with the United States Marshal Service. In the interim, Ms. Barr is requesting an extension on her surrender date for one month and a review hearing before her surrender date. The United States Attorney's Office has no objection to this request.

Ms. Barr is requesting that her surrender date be extended from May 18, 2007 to June 15, 2007, with a hearing to precede her surrender date on **June 7, 2007 at 10:00 a.m.**

Dated:  May 17, 2007

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/  Stephen Betz
                                       STEPHEN BETZ
                                       Staff Attorney
                                       Attorney for Defendant
                                       Keri Barr

DECLARATION OF COUNSEL

1. I am an attorney admitted to practice before this court and am currently employed as a Staff Attorney with the Office of the Federal Public Defender.

2. I became attorney of record for Keri Barr, defendant in the above entitled matter, on or about July 20, 2006.

3. On or about February 22, 2007, I appeared in the Eastern District of California in Fresno with Ms. Barr where she entered a plea of guilty to 36 C.F.R. §4.2/CVC §23103/23103.5.

4. On or about February 23, 2007, Ms. Barr was sentenced to serve five days in jail. In addition, the Court authorized and recommended that Ms. Barr to serve her five days in custody on weekends commencing April 20, 2007.

5. On or about April 13, 2007, I received a telephone call from Keri Barr.

6. During this telephone conversation Ms. Barr indicated to me that she recently had car problems specifically the steering column on her car was not working properly. Ms. Barr further indicated she did not believe she has reliable transportation to Kern County.

7. On or about April 13, 2007, I spoke with Marjorie Webb, certified law student at the United States Attorney's Office who prosecuted Ms. Barr's case.

8. Ms. Webb stated she had no objection to an extension of the surrender date under the circumstances.

9. The court granted Ms. Barr's extension of surrender date to May 4, 2007.

10. On or about, May 7, 2007, I received a telephone call from Susan Perry, Legal Technician with the United States Marshal Service, who informed me Ms. Barr had not surrendered.

11. On or about May 7, 2007, I spoke with Ms. Barr who informed me that she had transportation problems and was unable to surrender.

12. Based on information and belief, Ms. Barr surrendered at the Kern County Jail (Lerdo Facility) on May 11, 2007.

13. On May 14, 2007, I received a telephone call from Ms. Barr complaining of inappropriate behavior at the Lerdo Facility while she was incarcerated.

14. On or about May 15, 2007, Assistant Federal Defender Investigator, Martha Espinosa, interviewed

Barr: Motion & Order to extend surrender date     -3-

1 | Ms. Barr concerning the alleged misconduct.
2 | 15. Ms. Espinosa's investigation report is forthcoming.
3 | 16. On or about May 17, 2007, I briefed Assistant United States Attorney Mark McKeon, regarding events of alleged misconduct and Ms. Barr's request to extend her surrender date. Mr. McKeon has no objection to continuing Ms. Barr's surrender date.

Signed under penalty of perjury this 17th day of May, 2007, at Fresno, California.

/s/ Stephen Betz
STEPHEN BETZ
STAFF ATTORNEY

**O R D E R**

**IT IS SO ORDERED**. The Court hereby orders that the surrender date, previously set for Keri Barr, of May 18, 2007 be vacated. Ms. Barr is hereby ordered to surrender to the United States Marshals Service in Fresno, California or at a facility designated by the Bureau of Prisons and/or the United States Marshal's Service on June 15, 2007. If a facility is not designated Ms. Barr is to surrender herself to the United States Marshals Office, Fresno, California by 4 p.m. A review hearing is set for **June 7, 2007 at 10:00 a.m.** All other orders and recommendations regarding Ms. Barr's sentence remain in full force and effect.

IT IS SO ORDERED.

**Dated:   May 17, 2007**                    **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE